## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:12CR279 |
| vs. | ) | |
| | ) | ORDER |
| LIZZIE FREEMONT, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO AMEND PROGRESSION ORDER [19]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 43-day extension. Pretrial Motions shall be filed by November 16, 2012.

**IT IS ORDERED:**

1. Defendant's MOTION TO AMEND PROGRESSION ORDER [19] is granted. Pretrial motions shall be filed on or before **November 16, 2012.**

2. The defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between October 4, 2012 and November 16, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of October, 2012.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**